DEFENDANT:  MAXIMILLIAN ZEFERINO ESQUIBEL

AGE/YOB:  31/1988

ADDRESS:  PUEBLO, COLORADO

COMPLAINT FILED?   __X__  YES   _____  NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:  19-mj-00185-STV

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __X__  YES   _____  NO

| OFFENSE: | COUNT 1: | FELON IN POSSESSION OF FIREARMS, IN VIOLATION OF 18 U.S.C. § 922(g)(1); |
|---|---|---|

LOCATION OF OFFENSE
(County and State):  PUEBLO COUNTY, COLORADO

| PENALTY: | COUNT 1: | NMT 10 YEARS IMPRISONMENT, NMT $250,000 FINE, OR BOTH.  NMT 3 YEARS SUPERVISED RELEASE, $100 S.A. FEE; AND A FORFEITURE ALLEGATION. |
|---|---|---|

| AGENT/DEPUTY: | K.C. HUGHES, FBI SPECIAL AGENT |
|---|---|
| AUTHORIZED BY: | JASON ST. JULIEN, ASSISTANT UNITED STATES ATTORNEY |

ESTIMATED TIME OF TRIAL:

__X__  five days or less   _____  over five days

THE GOVERNMENT

__X__  Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention [is / **is not**] applicable to this defendant.