IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Criminal Action No.  1: 19-cr-00376-RBJ-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MAXIMILLIAN ZEFERINO ESQUIBEL aka Maximillian Esquibel,

      Defendant.

---

MINUTE ORDER RE: ECF NO. 70

---

Entered July 9, 2020 by Judge R. Brooke Jackson

The Court is in receipt of Mr. Esquibel's pro se motion to dismiss counsel of record Clifford Barnard.  The Court denies the motion without prejudice.

1. You (Mr. Esquibel) do have the right to represent yourself, and if you again request to do so after considering (and certifying in your renewed motion that you have considered) the points in this minute order, I will grant it.
2. The Court advises you that it is rarely a good idea for a defendant in a criminal case to represent himself.
3. Criminal law is difficult enough for lawyers and much more so for non-lawyers.
4. Presentation of a case to a jury is a complicated process that even trial lawyers can take years to master.  A person attempting to represent himself will likely have great difficulty preparing and presenting an effective defense in a jury trial.
5. You are represented by Mr. Barnard, a skilled and experienced criminal defense lawyer.  He is free of charge to you, as his fees and costs are being paid by the government so that you can have a competent lawyer representing you even though you cannot afford to hire a lawyer.
6. You have provided no cause to discharge Mr. Barnard, so if you were later to change your mind and request that the Court appoint another lawyer at government expense to represent you, I will not do so.
7. You are facing up to 10 years in prison if you are convicted.
8. Mr. Barnard has filed motions on your behalf, and the government has responded.  The motions will be heard and decided by the Court on August 11, 2020, and if you do not have a lawyer, you will have to try to argue the motions on your own.  To be effective, you will have to understand the legal principles.  Also, because one motion is to suppress

evidence, you will have to make decisions on whether to cross-examine the government's witnesses, whether to call witnesses on your behalf, whether to testify yourself, and how to conduct the examination of witnesses and legal argument.  That will be difficult, at best, without the assistance of a lawyer.

9.  I recommend strongly that you discuss these things with Mr. Barnard.

10. The trial has been reset more than once and is now scheduled for August 31, 2020.  It is unlikely that the Court will continue it again.  Therefore, if postponing the trial and possible imprisonment if convicted is any part of your thinking, you should reconsider.

11. An experienced lawyer such as Mr. Barnard can also assist in negotiating a disposition (plea bargain) instead of proceeding to trial if that were believed by him and by you to be a desirable way to proceed.

12. As the judge in your case, I believe it to be a bad idea to discharge your lawyer and try to represent yourself.  I believe that the likelihood of a poor outcome is higher if you choose to represent yourself.  I hope that you will reconsider your decision.

13. But if, after considering all these things, you still wish to represent yourself, and you file another motion asking the Court to discharge Mr. Barnard and permit you to represent yourself, I will grant the motion, and you will be on your own.