```
FILED
UNITED STATES DISTRICT COURT
   DENVER, COLORADO

    JUL 13 2020
JEFFREY P. COLWELL
              CLERK
```

From: Maximillian-Zeferino: Esquibel
     C/O: 101 Ironweed Drive
     Pueblo, Colorado [81001]

To: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
ATTN: Clerks Office
901 19th St
Denver, CO 80294

CAUSE: 19-cr-376-RBJ

AN AUTHENTICATED FOREIGN DOCUMENT
HAGUE CONVENTION, 5 October 1961
AFFIDAVIT FOR: PUBLIC NOTICE,
HONORABLE CLARIFICATIONS

# MOTION TO DISMISS
# COUNSEL OF RECORD

I, Maximillian-Zeferino: Esquibel©, In Propria Persona, after considering "all of these things" in the Judge's Minute Order RE: ECF NO. 70, declare that I ***still wish to represent myself, and hereby move this court by with this instant motion asking this Court to discharge Mr. Barnard and permit me to represent myself.***

All statements of the previous motion "MOTION TO DISMISS COUNSEL OF RECORD" that was denied without prejudice on July 9, 2020 by this Court are hereby fully reincorporated herein by this reference.

       RESPECTFULLY SUBMITTED

       *Maximillian-Zeferino: Esquibel*
       Maximillian-Zeferino: Esquibel
       ALL RIGHTS RESERVED
       "without prejudice"
       U.C.C 1-308

## PROOF OF SERVICE

I, Maximillian-Zeferino: Esquibel©, Sui-Juris, serving in Propria Persona, hereby certify, under penalty of perjury, under the laws of the United States of America, without the "United States"[federal and State Government], that I am at least 18 years of age, a citizen of **one of** the united States of America, and that I personally served the following document(s); By placing one true and correct copy of said document via U.S. Mail with postage prepaid and properly addressed to the following:

>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
>ATTN:  Clerks Office
>901 19th St
>Denver, CO 80294

(1) Copy of Clerk of Courts for filing (x2)
(1) Time Stamped Copy
Certified Mail No: __7019-1640-0002-1493-4456__

And one copy via Regular U.S. Mail addressed as follows:

>Clifford J. Barnard
>4450 Arapahoe Avenue, Suite 100
>Boulder, Coloado 80303

Dated this __9th__ day of __July__, 2020

**Maximillian-Zeferino: Esquibel©**
 **In Propria Persona**

Maximillian-Zeferino: Esquibel
101 Ironweed Dr.
Pueblo, C.O.
- 81001 -

7019 1640 0002 1493 4456

RETURN RECEIPT REQUESTED

United States District Court District of Colorado
ATTN: Clerks Office
901 19th St.
Denver, C.O.
- 80294 -

1023

80294

U.S. POSTAGE PAID
FCM LG ENV
PUEBLO, CO
81008
JUL 10, 20
AMOUNT
$7.60
R2305M149235-14