IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
The Honorable R. Brooke Jackson

Criminal Action No.: 19-cr-00376-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**MAXIMILLIAN ZEFERINO ESQUIBEL,**

    Defendant.

---

## VERDICT FORM

---

### COUNT ONE

We, the jury, upon our oaths, unanimously find the defendant, Maximillian Zeferino Esquibel, in Count One of the Indictment:

_____  Not Guilty

__X__  Guilty

Dated this __1st__ day of __September__, 2020.

JUROR NAME REDACTED

FOREPERSON