IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:   19-cr-00376-RBJ | Date: September 2, 2020 |
| Courtroom Deputy:  Julie Dynes | Court Reporter:  Sarah Mitchell |
| Interpreter:       N/A | Probation:  Joel Nelson via telephone |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Jason St. Julien* |
|  | *Thomas Minser* |
| **Plaintiff** | |
| v. | |
| 1. MAXIMILLIAN ZEFERINO ESQUIBEL | *Pro Se* |
| **Defendant** | |

**COURTROOM MINUTES**

**DETENTION HEARING**

Court in Session:  10:00 a.m.

Appearance of counsel.

Defendant present on bond *pro se*.

Argument given on detention.

**ORDERED:**   Defendant is to remain on bond, conditions include prior conditions as well as no gang affiliation, no communication or contact with gang members, unscheduled home visits may be conducted, no guns are allowed in the home, and the defendant is to comply with GPS monitoring.

**In-person Sentencing Hearing is set for December 4, 2020 at 9:00 a.m. in Courtroom 902.**

Court in Recess: 10:39 a.m.          Hearing concluded.          Total time in Court:  00:39