**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**September 30, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

MAXIMILLIAN ZEFERINO ESQUIBEL,

    Defendant - Appellant.

No. 20-1299
(D.C. No. 1:19-CR-00376-RBJ-1)
(D. Colo.)

_____

**ORDER**
_____

On September 4, 2020, this court entered an order: (1) identifying a potential jurisdictional defect in this appeal; and (2) directing pro se appellant Maximillian Zeferino Esquibel—on or before September 18, 2020—to file a written response setting forth any basis for this court to exercise jurisdiction over this interlocutory appeal challenging the district court's August 18, 2020 order [ECF No. 92], denying Mr. Esquibel's *Motion to State and Prove Jurisdiction on the Official Record* [ECF No. 89]. In its September 4, 2020 order, the court advised Mr. Esquibel that he could elect not to file a response to this show cause order, in which case the court would dismiss this proceeding without further notice. *See* 10th Cir. R. 42.1.

Mr. Esquibel did not respond to the September 4, 2020 order.

Accordingly, the court dismisses this appeal pursuant to 10th Cir. R. 42.1. A copy of this order shall stand as and for the mandate of this court.

    Entered for the Court
    CHRISTOPHER M. WOLPERT, Clerk

    by: Lisa A. Lee
        Counsel to the Clerk