IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00376-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MAXIMILLIAN ZEFERINO ESQUIBEL,

    Defendant.

_____

### PRELIMINARY ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). Dkt. 144. The Court having read said Motion and being fully advised in the premises finds:

THAT on August 21, 2019, an Indictment was filed charging defendant Maximillian Zeferino Esquibel with violation of 18 U.S.C. § 922(g)(1, and included a forfeiture allegation pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c);

THAT on September 1, 2020, defendant Maximillian Zeferino Esquibel was found guilty of Count One, a violation of 18 U.S.C. § 922(g)(1), by jury;

THAT the requisite nexus exists between the DPMS AR-15 style rifle bearing serial number F217318; Davis Industries, .32 caliber pistol, bearing serial number 312683; Sig Sauer, .45 caliber pistol, bearing serial number 58C298429; 7 magazines; and all ammunition seized on August 9, 2019 from defendant Maximillian Zeferino Esquibel's residence 1and Count One, a violation of 18 U.S.C. § 922(g)(1), to which defendant

Maximillian Zeferino Esquibel has found guilty; and

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the United States' Motion for Preliminary Order of Forfeiture is GRANTED;

THAT defendant Maximillian Zeferino Esquibel's interest in the DPMS AR-15 style rifle bearing serial number F217318; Davis Industries, .32 caliber pistol, bearing serial number 312683; Sig Sauer, .45 caliber pistol, bearing serial number 58C298429; 7 magazines; and all ammunition seized on August 9, 2019, from defendant Maximillian Zeferino Esquibel's residence is forfeited to the United States in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c);

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n), via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a

Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in which all interests will be addressed;

THAT the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

SO ORDERED this 10th day of November, 2020.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. BROOKE JACKSON
United States District Judge