IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Criminal Action: | 19-cr-00376-RBJ | Date: September 2, 2020 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter: | N/A | Probation: Gary Kruck |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | Jason St. Julien |
| v. | |
| 1. MAXIMILLIAN ZEFERINO ESQUIBEL<br>**Defendant** | *Pro Se* |

### COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     9:01 a.m.

Appearance of counsel.

Defendant present on bond.

Probation, court reporter, and courtroom deputy present via video conference.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Forfeiture addressed.

**ORDERED:**  Defendant shall be **imprisoned** for **58 months** as to Count One of the Indictment.

**ORDERED:** Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years** as to each count to run concurrently.

**Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately.

The Court recommends the defendant be given credit for the time served in federal custody on this case.

The Court recommends the defendant be placed at a facility in Florence, Colorado.

**ORDERED:** Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons.

Defendant advised of his right to appeal.

The defendant's bond is continued until the time of self-reporting.

**Court in recess:** 9:57 a.m.          Hearing concluded.          Total time:     00:56